# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1296861 and 1297213

OFFENSE: MAG/Burg W-Intent-Commit Other
Felony x's 2

THE STATE OF TEXAS

__248__ DISTRICT COURT

VS.

OF

_____Astin Chavers Clerk_____

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES __Astin Chavers Clerk__, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☒ Appoint appellate counsel to represent him.

☒ Asks the court to order that a free record be provided to him.

_____In custody_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of_____A.D., 20_____.

_____
DEPUTY DISTRICT CLERK
__248__ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On __5/21/15__ the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that __Allison Coconut__ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
__248__ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, __Allison Coconut__, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_____
BAR/SPN NUMBER

_____
ADDRESS

_____
CITY          STATE          ZIP